**William Henry JACKSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28270.

Court of Criminal Appeals of Texas.

April 18, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty, is for the misdemeanor offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.